UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
GUSTAVO BERDINI,

          Plaintiff,

  -against-                          **MEMORANDUM AND ORDER**
                                               13-CV-5672 (FB) (CLP)
NOVA SECURITY GROUP and DELTA
AIRLINES, INC.,

          Defendants.
------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                            *For Defendant Nova Security Group:*
GREGORY S. ANTOLLINO            JAMES J. MAHON
275 7th Avenue, #705                    George Beer, LLP
New York, NY 10001                       89-31 161st Street, Ste. 307
                                               Jamaica, NY 11432

                                               STEPHEN J FRAHER
                                               Lawler Mahon & Rooney LLP
                                               36 West 44th Street, Ste. 1416
                                               New York, NY 10036

                                               *For Defendant Delta Airlines, Inc.:*
                                               GEORGE P. McKEEGAN
                                               McKeegan Law, P.C.
                                               120 White Plains Rd, Ste. 125
                                               Tarrytown, NY 10591

**BLOCK, Senior District Judge:**

      On September 2, 2015, Magistrate Judge Cheryl Pollak issued a Report and

Recommendation ("R&R") recommending that a default judgment be entered against

Nova Security Group ("Nova"), Plaintiff be awarded $91,819.19 in damages, and that

Nova's cross-claims against Delta Airlines, Inc. be dismissed with prejudiced. The R&R further provided that failure to object within fourteen days would preclude appellate review. To date, no objections have been filed.

If clear notice has been given of the consequences of the failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure to timely object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse a failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk of the Court to enter judgment in accordance with the R&R.

**SO ORDERED.**

/s/ Frederic Block\
FREDERIC BLOCK\
Senior United States District Judge

Brooklyn, New York\
September 18, 2015